A89A1898. CLAY v. THE STATE.
(391 SE2d 143)

BEASLEY, Judge.

Defendant, convicted of violation of the Georgia Controlled Substances Act, OCGA § 16-13-30 (b), appeals from a judgment entered May 9, 1989. His notice of appeal was filed on the 31st day thereafter, June 9, 1989. No motion for an out-of-time appeal was filed.

The out-of-time appeal must be dismissed for failure to follow OCGA § 5-6-38 (a). Paytee v. State, 190 Ga. App. 291 (380 SE2d 92) (1989); see Jones v. Perkins, 192 Ga. App. 343 (384 SE2d 927) (1989).

Appeal dismissed. Carley, C. J., and McMurray, P. J., concur.

DECIDED JANUARY 30, 1990.

Short & Fowler, Thomas S. Bishop, for appellant.
H. Lamar Cole, District Attorney, Charles M. Stines, Assistant District Attorney, for appellee.